UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEON SANDERS, | ) | NO. CV 15-1336-RSWL(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) Defendant's Motion for Summary Judgment is granted;

1  (3) Plaintiff's Motion for Summary Judgment is denied; and
2  (4) Judgment shall be entered in favor of the Defendant.

4   IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on Plaintiff and on the United States Attorney for the Central District of California.

9   DATED: October 27, 2015

```
                              /s/ RONALD S.W. LEW
                                RONALD S.W. LEW
                             UNITED STATES DISTRICT JUDGE
```